UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFONSO CORTEZ CROSSDALE, | ) | 1:06-cv-1686 OWW DLB HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| R. K. WONG, | ) | (DOCUMENT #12) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 28, 2007, petitioner filed a motion to extend time to respond to the motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his response to the motion to dismiss.

IT IS SO ORDERED.

Dated:   **April 17, 2007**                             **/s/ Dennis L. Beck**
                                                                  UNITED STATES MAGISTRATE JUDGE