# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO CORTEZ CROSSDALE, | CV F   06-1686 DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |
| v. | [Doc. 17] |
| R.K. WONG, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On February 27, 2007, Respondent filed a motion to dismiss the instant petition as time barred.  On March 28, 2007, Petitioner filed a motion for an extension of time to file an opposition to the motion.  The Court granted Petitioner's motion on April 18, 2007.  However, Petitioner failed to file an opposition.

Now pending before the Court is Petitioner's motion for an extension of time, filed July 25, 2007.  In his motion, Petitioner states that an extension of time to file a response to Respondent's motion to dismiss.  Petitioner states that due to his transfer to a new facility his legal mail was forwarded to him late, after the previous extension of time had expired.  Petitioner further states that upon his arrival at the new facility his personal property with withheld from him and he was unable to file an opposition.

1

1  GOOD CAUSE having been demonstrated, Petitioner's motion for an extension of time
2  is GRANTED, and Petitioner shall file the opposition on or before August 22, 2007.

4  IT IS SO ORDERED.
5     Dated:   **August 1, 2007**               **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE